UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-759 (JLL) |
| LOUIS MANZO and RONALD MANZO | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendants Louis Manzo (John D. Lynch, Esq., appearing), Ronald Manzo (Samuel R. DeLuca, Esq., appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing), for a complex case Order resetting the dates for the disclosure of discovery; and this matter having been declared a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) by Order of this Court. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The charges in this case are the result of a lengthy investigation which includes the fruits of multiple wiretaps, as well as hundreds of consensually recorded meetings and conversations obtained during the course of the undercover operation.

2. The defendants will require additional time to review discovery and complete their investigation of the charges.

3. The defendants have consented to this continuance.

4. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 13th day of November, 2009,

ORDERED that:

1. This matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

2. The period of discovery in this matter shall be continued until November 13, 2009;

3. Defendant shall file any motions on or before December 28, 2009;

4. The United States shall respond to such motions on or before January 19, 2010;

5. The return date for pretrial motions shall be Jan. 25, 2009; and

6. Trial shall commence on Feb. 8, 2009.

7. The time period form the date of this Order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974, and this Order supersedes the complex case management Order filed on November 2, 2009; and

2

3. The remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

Christopher J. Gramiccioni
Assistant U.S. Attorney

John D. Lynch, Esq.
Counsel for defendant Louis Manzo

Samuel R. DeLuca, Esq.
Counsel for defendant Ronald Manzo

3

8. The remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Christopher J. Gramiccioni
Assistant U.S. Attorney

_____
John D. Lynch, Esq.
Counsel for defendant Louis Manzo

_____
Samuel R. DeLuca, Esq.
Counsel for defendant Ronald Manzo

3