# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSE L. LINARES |
| v | : | Criminal No. 09-759 (JLL) |
| RONALD MANZO | : | **ORDER DISCHARGING BAIL PROPERTY LIEN FOR SALE OF PROPERTY** |

This matter having been opened to the Court on the application of defendant Ronald Manzo, (Samuel R. DeLuca, Esq., appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Christopher J. Gramiccioni, Assistant US Attorney, appearing) for an Order amending the bail obligations on the defendant and to release any encumbrance on the defendant's current place of residence, which property is scheduled to be sold and title conveyed to a third party, and for good cause having been shown,

**IT IS** on this 23rd day of November, 2009

**ORDERED,** that the defendant's place of residence shall be amended to **10 Inlet Terrace, Belmar, NJ** effective on December 16, 2009 or such date as may be required by Pre Trial Services, which premises are the currently secured premises pursuant to the existing bond securing defendant's release from custody, and it is further ,

**ORDERED,** that the premises commonly known as **919 Kennedy Boulevard, Bayonne, NJ** a/k/a **Block 117 Lot 14** be and is hereby released from any claim or obligation under the terms

of the defendant's bail obligations and may be sold and conveyed free and clear of any such claims, and it is further,

**ORDERED,** that all other terms and conditions of the defendant's bond obligations shall remain in force and effect.

_____
Hon. Jose L. Linares
**United States District Judge**

The undersigned hereby consents
to the form and entry of this Order

_____
**Christopher J. Gramiccioni**
**Assistant U.S. Attorney**