# DeLuca & Taite
**ATTORNEYS AT LAW**
3451 KENNEDY BOULEVARD
JERSEY CITY, NJ 07307-3034

SAMUEL R. DE LUCA
GEORGE T. TAITE

OFFICE: (201) 653-7200
(201) 653-7937
FAX: (201) 653-6979
delucaandtaite@verizon.net

December 18, 2009

Jose L. Linares, JUSD CT.
US District Court
M.L. King, Jr., Federal Bldg. & Courthouse
59 Walnut St.
PO Box 999
Newark, New Jersey 07101-0999

**Re: USA vs. Ronald Manzo**

Dear Judge Linares:

The record should reflect that the undersigned represents Mr. Ron Manzo who is presently out on bail, with home confinement provision.

Mrs. Manzo is a part owner of Naninas In the Park Catering in Belleville, New Jersey. She is having their yearly Christmas Eve party and Mr. Manzo would like to attend said party with a time frame of 4:30 pm to 11:00pm.

The Pre-Trial Service have no objection and suggested this letter to get court approval. I believe Mr. Manzo has complied with all restraints and rules of the Pre-Trial services to date. His Pre-Trial Officer is William Sobchik.

Respectfully yours,

SAMUEL R. DE LUCA

SRD/map

SO ORDERED: _____
DATED: 12-23-09