UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :      Hon. Jose L. Linares

           v.                        :      Criminal No. 09-759 (JLL)

LOUIS MANZO and                   :      **ORDER**
RONALD MANZO

      This matter having been opened to the Court on the application of defendants Louis Manzo (John D. Lynch, Esq., appearing) and Ronald Manzo (Samuel R. DeLuca, Esq., appearing), for an Order extending the time period for the filing of motions and adjourning trial; and this matter having been declared a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) by Order of this Court.  Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

      1.  The charges in this case are the result of a lengthy investigation which includes the fruits of multiple wiretaps, as well as hundreds of consensually recorded meetings and conversations obtained during the course of the undercover operation.

      2.  The defendants will require additional time to review discovery and to determine which, if any, motions they intend to file in this case.

      3.  The United States has consented to this continuance.

4.   Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this ___19th___ day of January, 2010, ORDERED that:

1.   This matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

2.   Defendants shall file any motions on or before January 28, 2010;

3.   The United States shall respond to such motions on or before February 18, 2010;

4.   The return date for pretrial motions shall be March 20, 2010 at 1:30 p.m.;

5.   A case management conference shall be held on April 19, 2010 at 12:30 p.m.; and

6.   Trial shall commence on May 11, 2010.

7.   The time period form the date of this Order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

8.   The remaining provisions of the Order for
Discovery and Inspection shall remain in full force and effect.

_____
HON. JOSE L. LINARES
United States District Judge