UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS MANZO and RONALD MANZO,<br><br>Defendants. | Criminal Action No.: 09-759 (JLL)<br><br>**ORDER** |

Currently before the Court are: (1) a motion to dismiss Counts 1-4 of the Superseding Indictment based on the argument that Defendants were not public officials covered by the Hobbs Act, (2) a motion to dismiss the indictment in its entirety based on alleged outrageous government conduct, (3) a motion to compel the government to produce discovery related to the grand jury proceedings, and (4) a motion to compel discovery of a Jack Shaw recording. For the reasons set forth on the record and in this Court's corresponding Opinion,

It is on this 17th day of May, 2010,

**ORDERED** that Defendants' motion to dismiss Counts 1-4 of the Superseding Indictment (CM/ECF No. 25) is GRANTED; and it is further

**ORDERED** that Defendant's motion to dismiss the Superseding Indictment in its entirety based on an outrageous government conduct defense (CM/ECF No. 25) is DENIED; and it is further

**ORDERED** that Defendants' motion for discovery of the grand jury proceedings (CM/ECF No. 25) is DENIED; and it is further

**ORDERED** that Defendants' motion for discovery of the Jack Shaw recording is DENIED.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE