UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | HON. JOSE L. LINARES |
| v | : | Criminal No: 09-759(JLL) |
| RONALD MANZO | : | |

**ORDER DISCHARGING BAIL
PROPERTY LIEN FOR SALE
OF PROPERTY**

This matter having been opened to the Court on the application of defendant Ronald Manzo, (Samuel R. De Luca, Esq.,) and Paul J. Fishman, United States Attorney for the District of New Jersey, Christopher J. Gramiccioni, Assistant US Attorney, having no objection to this application for an Order amending the bail obligations on the defendant and to release any encumbrance on the defendants property, which property is scheduled to be sold and title conveyed to a third party, and for good cause having been shown,

IT IS on this _25th_ Day of May, 2010

**ORDERED**, that the premises commonly known as **480 and 484-486 West Side Avenue, Jersey City, NJ**, a/k/a **Block 1793, Lot 73** and **Block 1794, Lot H.06** be and are hereby released from any claim or obligation under the terms of the defendant's bail obligations and may be sold and conveyed free and clear of any such claims, and it is further,

**ORDERED,** that all other terms and conditions of the defendant's bond obligations shall remain in force and effect.

_____
HONORABLE JOSE L. LINARES,    USDJ
US DISTRICT COURT JUDGE