UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | HON. JOSE L. LINARES |
| v | : | Criminal No: 09-759(JLL) |
| RONALD MANZO | : | |

## ORDER MODIFYING BAIL CONDITIONS

This matter having been opened to the Court on the application of defendant Ronald Manzo, (Samuel R. De Luca, Esq.,) and Paul J. Fishman, United States Attorney for the District of New Jersey, Christopher J. Gramiccioni, Assistant US Attorney, having no position to this application for an Order amending the bail conditions on the defendant to permit Mr. Manzo to attend his high school reunion, and for good cause having been shown,

**IT IS** on this          9th          Day of June, 2010

**ORDERED**, that the defendant is permitted to leave his premises from 4:00 p.m. to 12:00 a.m., inclusive of all travel time, to attend his high school reunion on Saturday, June 12th, at La Bove Grand in Lakehurst, NJ.

**ORDERED**, that all other terms and conditions of the defendant's bond obligations shall remain in force and effect.

HONORABLE JOSE L. LINARES,          USDJ
US DISTRICT COURT JUDGE