UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| Vs | : | Criminal No: 09-759 (JLL) |
| RONALD MANZO | : | **ORDER MODIFYING BAIL CONDITIONS** |

This matter having been opened to the Court on the application of defendant Ronald Manzo by his attorney, Samuel R. DeLuca and Paul J. Fishman, United States Attorney for the District of New Jersey, by Christopher J. Gramiccioni, Assistant US Attorney, Maureen Nakly, Assistant US Attorney and Gary Pettiford of Pre-Trial Services, having no position to this application for an Order amending the bail conditions on the defendant to permit Mr. Manzo to attend his mother's 90th birthday party, and for good cause having been shown,

**IT IS** on this _____ Day of September, 2010

**ORDERED**, that the defendant is permitted to leave his premises from 4:30 p.m. to 10:30 p.m., inclusive of all travel time, on September 22, 2010 to attend his mother's 90th birthday party at Nicchio Restaurant, 100 Main Street, Belmar, NJ, and it is further,

**ORDERED**, that all other terms and conditions of the defendant's bond obligations shall remain in force and effect.

HONORABLE JOSE L. LINARES
US DISTRICT COURT JUDGE