UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| Vs | : | Criminal No: 09-759 (JLL) |
| RONALD MANZO | : | **ORDER MODIFYING BAIL CONDITIONS** |

This matter having been opened to the Court on the application of defendant Ronald Manzo by his attorney, Samuel R. DeLuca and Paul J. Fishman, United States Attorney for the District of New Jersey, Maureen Nakly, Assistant US Attorney, having no objection to this application and Gary Pettiford of Pre-Trial Services, having been noticed, for an Order amending the bail conditions on the defendant to permit Mr. Manzo to attend a Christmas party, and for good cause having been shown,

**IT IS** on this 9th Day of December, 2010

**ORDERED**, that the defendant is permitted to leave his premises from 5:00 p.m. to 12:00 a.m., inclusive of all travel time, on December 12, 2010 to attend a Christmas party at Connolly Station in Belmar, NJ, and it is further,

**ORDERED**, that all other terms and conditions of the defendant's bond obligations shall remain in force and effect.

HONORABLE JOSE L. LINARES
US DISTRICT COURT JUDGE