UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-759 (JLL) |
| LOUIS MANZO and<br>RONALD MANZO | : | **ORDER** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Bradley A. Harsch, Assistant U.S. Attorney, appearing), Louis Manzo (John D. Lynch, Esq., appearing) and Ronald Manzo (George C. Taite, Esq., appearing) for an Order adjourning the trial schedule pending the issuance of a mandate from the Third Circuit Court of Appeals restoring jurisdiction in this case to the District Court, and this Court having found such Order to be appropriate, and good cause having been shown, the Court makes the following findings in support of entering such Order:

1.    The charges in this case are the result of a lengthy investigation and, prior to the Court's Order of Dismissal, included allegations of conspiracy to commit extortion, and attempted extortion, under color of official right, in violation of Title 18, United States Code, Section 1951(a) and Section 2, among other charges.

2.    On May 17, 2010, the Court granted the defendants' motion to dismiss Counts 1 through 4 of the Superseding Indictment (the Hobbs Act counts).  On May 24, 2010, the United

States filed a notice of its intention to appeal the Court's ruling, App. No. 10-2489.

3.    On or about February 17, 2011, the Third Circuit issued an Opinion affirming the District Court's Order of Dismissal.

4.    The United States has until April 4, 2011 to file any petitions for rehearing en banc and no mandate has issued from the Third Circuit.

4.    The defendants have consented to this continuance.

5.    Pursuant to Title 18, United States Code, Section 3161(h)(1)(C), the Court is permitted to exclude time calculated under the Speedy Trial Act for delay resulting from the filing of an interlocutory appeal.

6.    Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28th day of March 2011, ORDERED that:

1.    Further proceedings and the trial in this matter are adjourned pending issuance of a mandate from the Third Circuit Court of Appeals restoring jurisdiction in this case to the District Court;

2.    Further proceedings and the trial schedule will be set pursuant to a pretrial conference to be held after the Third Circuit issues such mandate; and

3.    The time between the date of this Order and the next contemplated pretrial conference after the Third Circuit issues a mandate shall be excluded in computing time under the Speedy Trial Act.

HON. JOSE L. LINARES
United States District Judge

3